JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO ESTRADA, an individual; CELIA RODRIGUEZ, an individual, <br><br> Plaintiffs, <br> vs. <br><br> FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 20, inclusive <br><br> Defendants. | Case No: 8:20-cv-01342-JLS-JDE <br> Dist Judge: Josephine L. Staton <br> Mag. Judge: John D. Early <br> Courtroom: 10A <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the stipulation of the parties, the entire action, including all claims stated herein against all Parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Date: February 05, 2021

_____
Hon. Josephine L. Staton
United States District Judge